# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY E. MORRISON,<br><br>    Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>    Defendants. | Case No. 2:21−cv−04373−CBM−MAAx<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.   [JS-6]** |

Plaintiff, LARRY E. MORRISON and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., having filed with this Stipulation for Dismissal with Prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. The Stipulation is approved. The action against EXPERIAN INFORMATION SOLUTIONS, INC. is hereby dismissed with prejudice. Each party shall bear its own costs and attorney fees.

DATED: JUNE 1, 2022

HON. CONSUELO B MARSHALL
UNITED STATES DISTRICT JUDGE